1

2

3

4                  UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT OF CALIFORNIA

6

7    VERTAMEDIA LLC,                          Case No.  14-cv-02980-KAW

            Plaintiff,
8
                                             **ORDER REQUIRING SUPPLEMENTAL**
9        v.                                  **BRIEFING; CONTINUING MOTION**
                                             **HEARING**
10   BITESIZE NETWORKS, INC. f/k/a/
     MEVIO, INC.,                            Re: Dkt. No. 15
11
            Defendant.
12

13        Plaintiff Vertamedia LLC has moved for default judgment against Bitesize Networks, Inc.

14   Upon initial review of the complaint and the moving papers, there are a number of issues Plaintiff

15   has not sufficiently addressed.  Accordingly, Plaintiff shall address the following issues in a

16   supplemental brief on not more than 25 pages:

17        (1)  Plaintiff moves for default judgment against Bitesize Networks, though the conduct of

18            another company, Mevio, Inc. is the subject of the complaint.  Plaintiff has neither

19            alleged nor briefed why it is appropriate to enter default judgment against Bitesize

20            Networks in this case.

21        (2)  Plaintiff, a Nevada limited liability company, has not identified the citizenship of any

22            of its members.  Without allegations in the complaint that address this, the Court is

23            unable to determine whether it has subject matter jurisdiction over this action.  *See*

24            *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)

25            ("An LLC is a citizen of every state of which its owners/members are citizens.").

26            Plaintiff shall therefore brief why the allegations in the complaint are sufficient to

27            satisfy the Court that subject matter jurisdiction exists in this case.

28        (3)  Plaintiff served a copy of the summons and complaint on a production manager of

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Bitesize Networks, not Mevio, Inc., and did so by substituted service.  Plaintiff shall

2    brief whether substituted service on a production manager of Bitesize Networks is

3    proper in this case.

4    (4) The billing records submitted in connection with the motion indicate that there may

5    have been communications between Plaintiff's counsel and Defendant's counsel.  *See,*

6    *e.g.,* Goldstein-Gureff Decl., Dkt. No. 15-4 ("drafted the response letter to the opposing

7    counsel . . . drafted the instructional letter to the opposing counsel . . . communications

8    with opposing counsel re service of process . . . communications with opposing party.")

9    Plaintiff shall brief whether these communications constitute an appearance by

10   Defendant, which entitles it to notice of the motion for default judgment.  Fed. R. Civ.

11   P. 55(b)(2); *see Civic Ctr. Square v. Ford (In re Roxford Foods)*, 12 F.3d 875, 879 (9th

12   Cir. 1993) ("[N]otice is only required where the party has made an appearance.  The

13   appearance need not necessarily be a formal one. . . .  In limited situations, informal

14   contacts between the parties have sufficed when the party in default has thereby

15   demonstrated a clear purpose to defend the suit.") (internal quotations and citations

16   omitted).

17   (5) Plaintiff requests attorneys' fees in its motion for default judgment but it has not

18   specified the legal basis that authorizes such an award in this case.

19   (6) Plaintiff shall address the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72

20   (9th Cir. 1986), which this Court must consider in order to determine whether default

21   judgment may be entered in this case.

22   Plaintiff shall file its supplemental brief within 21 days of this order.  The motion hearing

23   currently set for April 2, 2015 is continued to May 21, 2015.

24   IT IS SO ORDERED.

25   Dated: 03/31/15

26   KANDIS A. WESTMORE
27   United States Magistrate Judge

28