UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| VERTAMEDIA LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>BITESIZE NETWORKS, INC. f/k/a MEVIO, INC.,<br><br>       Defendant. | Case No.: 14-cv-02980-KAW<br><br>Hon. Kandis A. Westmore<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

    The Court has reviewed and considered Plaintiff's April 17, 2015 Motion for Extension of Time to File Supplemental Briefing re Plaintiff's Motion for Default Judgment. Based on the papers presented and good cause appearing, it is hereby ordered that Plaintiff's April 21, 2015 deadline to file supplemental briefing pertaining to its Motion for Default Judgment is extended to May 12, 2015. Additionally, it is hereby ordered that the hearing on the motion, currently scheduled for May 28, 2015, is continued to June 18, 2015.

    **IT IS SO ORDERED**.

DATED: April 21, 2015

_Kandis Westmore_

Hon. Kandis A. Westmore

United States Magistrate Judge